# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Amir Salehpour, et. al.,
      Plaintiffs

vs                                     Case No. C-1-05-363
                                        (Spiegel, J.; Hogan, M.J.)

Jane Radojits, et. al.,
      Defendants

## ORDER

      This matter is before the Court on Separate Defendants Jane Radojits and Re/Max Exel 1, Inc.'s Motion for Partial Summary Judgment on Plaintiffs' Eighth Claim for Relief (Doc. 26); Drees Premier Homes, Inc., d/b/a Zaring Premier Homes' Motion for Partial Summary Judgment (Doc. 28); and Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment on Plaintiffs' Eighth Claim for Relief (Doc. 29).

      In light of the Court's Order dismissing Plaintiffs' state law claims (*See* Doc. 30), as well as Plaintiffs' agreement to dismiss the claim set forth in Count Eight of their Complaint (*See* Doc. 29), these motions (Docs. 26, 28) are moot and are DENIED as such.

SO ORDERED.


Date:   3/23/2006                s/Timothy S. Hogan
                                               Timothy S. Hogan
                                               United States Magistrate Judge

J:\SMITHLE\TSHORDER\salehpour.moot.wpd